ALAN B. YUTER (Admitted Pro Hac Vice)
ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Email: ayuter@selmanlaw.com
epowers@selmanlaw.com

Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SCOTTSDALE INSURANCE COMPANY,

Plaintiff,

v.

8FORCE ASSETS, LLC; ARPAD BARON, individually; ALBA BARON, individually; LUCY BARON-DONNELLY, individually; BRENDA BARON-MOLLMANN, individually; LASANDRA WEATHERS, individually and as the Natural Mother of JADA RAY, a Minor; CHARLES SMITH and DORIS SMITH, individually and as Guardians Ad Litem for IYANA BANKSTON-WRIGHT, a Minor; CHARLES SMITH, individually and as Special Administrator of the Estate of DIANA ROSE BANKSTON; DEBORAH BARBEE-MARTIN, individually and as Special Administrator for the Estates of KAYSHA L. RAY and ANDREW RAY; DONALD R. LAINER, individually; PLATINUM ELITE, LLC; and DOES 1 through 10,

Defendants.

Case No. 2:17-cv-02036-APG-GWF

**STIPULATION AND ORDER TO AMEND PLEADINGS TO ADD PARTIES**

COMES NOW, Alan B. Yuter and Eric S. Powers of Selman Breitman LLP, attorneys for plaintiff Scottsdale Insurance Company ("Scottsdale"); Ian Corzine of West Corzine LLP and Anthony B. Golden of Garg Golden Law Firm, attorneys for defendants 8Force Assets, LLC,

Arpad Baron, Alba Baron, Lucy Baron-Donnelly and Brenda Baron-Mollmann; Christopher J. Richardson of Olson, Cannon, Gormley, Angulo & Stoberski, and Darren J. Welsh of Welsh Law attorneys for Donald R. Lainer and Platinum Elite, LLC (collectively, "Defendants"); and hereby stipulate and agree to amend the pleadings to add 8Force Holdings, LLC and Americana, LLC dba Berkshire Hathaway Home Service Nevada Property as defendants.

Scottsdale's Complaint

On or about January 19, 2017, a fire occurred at the Westlake Apartments located at 801 W. Lake Mead Blvd., Las Vegas Nevada 89106. Scottsdale filed the instant action alleging causes of action for 1) Fraud; 2) Declaratory Relief; 3) Material Misrepresentation; 4) Rescission and Restitution; and 5) Unjust Enrichment. Scottsdale seeks a declaration that it has no duty to defend or indemnify defendants 8Force Assets, LLC or its members, Arpad Baron, Alba Baron, Lucy Baron – Donnelly, and Brenda Baron – Mollmann, or the property manager defendants Donald Lainer or Platinum Elite LLC against liability claims arising from the January 19, 2017 fire.

8Force Holdings, LLC has the same ownership as 8Force Assets, LLC and Americana, LLC is similarly situated with Platinum Elite, LLC and Donald Lainer.

The Underlying Case

On or about June 8, 2017, Charles Smith and Doris Smith, Guardians Ad Litem for deceased Iyana Bankston Wright and Charles Smith, as Special Administrator of the Estate of deceased Diana Bankston (collectively, the "Underlying Plaintiffs") filed a liability complaint in the Eighth Judicial District Court, District of Nevada, Case No. A-17-756649-C ("Underlying Case"), which names the Defendants herein as defendants, as well as 8Force Holdings, LLC ("8Force Holdings") as a defendant.

On or about September 26, 2017, the Underlying Plaintiffs filed their First Amended Complaint naming Berkshire Hathaway Homeservice Nevada Property as a defendant.

On or about October 6, 2017, the Underlying Plaintiffs filed their Second Amended Complaint amending Berkshire Hathaway Homeservice Nevada Property to Americana, LLC d/b/a Berkshire Hathaway Homeservice Nevada Property ("BHHS") as a defendant. The second amended complaint is attached as Exhibit A hereto.





Selman Breitman LLP
ATTORNEYS AT LAW

Joinder of Defendants in the Underlying Case

The parties hereby stipulate that pursuant to FRCP 19, 8Force Holdings and BHHS are interested parties to this case as this Court's decisions regarding whether Scottsdale owes a duty of coverage could affect Scottsdale's obligations, if any with respect to 8Force Holdings and BHHS in the Underlying Case.

The parties further stipulate that the answer of 8Force Assets, LLC to Scottsdale's Complaint in this action may be considered filed on behalf of both of 8Force Assets, LLC and 8Force Holdings, LLC. The answer of Donald Lainer and Platinum Elite, LLC may be considered filed on behalf of Donald Lainer, Platinum Elite, LLC and Americana, LLC dba Berkshire Hathaway Home Service Nevada Property.

Excusable Neglect

Good cause and excusable neglect exist to allow the parties to amend the pleadings and add parties because Scottsdale was unaware of the existence of 8Force Holdings or BHHS until each were revealed during recent depositions of 8Force and the FRCP 30(b)(6) witness for Platinum Elite, LLC respectively. Furthermore, Scottsdale was unaware of the relationship between BHHS and Platinum Elite, LLC until the same was revealed throughout the deposition FRCP 30(b)(6) witness for Platinum Elite, LLC. Both 8Force Holdings and BHHS are interested parties to this case because they are named defendants in the Underlying Case. BHHS was not added as a party in the Underlying Case until after Scottsdale filed its Complaint herein.

This Court's decisions will affect Scottsdale's coverage obligations (if any) in the Underlying Case. Adding these parties will not necessitate an extension of the discovery deadlines or any of the other deadlines set by this court. There will not be an undue delay or burden to any party. Accordingly, the parties respectfully request that the instant stipulation to amend the pleadings and add parties be granted.

DATED: March 7, 2018

SELMAN BREITMAN LLP

By: */s/ Eric S. Powers*

ALAN B. YUTER (Pro Hac Vice)
ERIC S. POWERS
NEVADA BAR NO. 12850
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702.430.5902
Facsimile: 702.228.8824
Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

DATED: March 7, 2018

WEST CORZINE LLP

By: */s/ Ian Corzine*

IAN CORZINE (Pro Hac Vice)
250 N. Westlake Blvd., Suite 100
Westlake Village, CA 91362
Telephone: 805.388.5887
Facsimile: 805.370.1613
Attorneys for Defendants 8FORCE ASSETS, LLC; ARPAD BARON; ALBA BARON; LUCY BARON-DONNELLY; and BRENDA BARON-MOLLMANN

DATED: March 7, 2018

GARG GOLDEN LAW FIRM

By: */s/ Anthony B. Golden*

ANTHONY B. GOLDEN
NEVADA BAR NO.
3185St. Rose Parkway, Suite 325
Henderson, NV 89052
Telephone: 702.850.0202
Facsimile: 702.850.0204
Attorneys for Defendants 8FORCE ASSETS, LLC; ARPAD BARON; ALBA BARON; LUCY BARON-DONNELLY; and BRENDA BARON-MOLLMANN

DATED: March 7, 2018

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By: */s/ Christopher J. Richardson*
CHRISTOPHER J. RICHARDSON
NEVADA BAR NO. 9166
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702. 384.4012
Facsimile: 702. 383.0701
Attorneys for defendants DONALD R. LAINER and PLATINUM ELITE, LLC

DATED: March 7, 2018

WELSH LAW

By: */s/ Daren J. Welsh*
DARREN J. WELSH
NEVADA BAR NO. 4791
6765 S. Eastern Avenue, Suite 2
Las Vegas, NV 89119
Telephone: 702. 733.9310
Facsimile: 702. 862.4576
Attorneys for Defendants DONALD R. LAINER and PLATINUM ELITE, LLC

DATED: March 7, 2018

COTTLE LAW FIRM

By: */s/ Matthew G. Holland*
MATTHEW G. HOLLAND
NEVADA BAR NO. 10370
8635 S. Eastern Avenue
Las Vegas, NV 89123
Telephone: 702. 722.6111
Facsimile: 702. 834.8555
Attorneys for Defendants CHARLES SMITH and DORIS SMITH

**ORDER**

IT IS HEREBY ORDERED that the parties' Stipulation and Order to Amend the Pleadings and Add Parties is hereby GRANTED as 8Force Holdings, LLC and Americana, LLC are interested parties under FRCP 19.

IT IS FURTHER ORDERED that the answer of 8Force Assets, LLC may be amended to





Selman Breitman LLP
ATTORNEYS AT LAW

include 8Force Holdings, LLC as an answering party.

IT IS FURTHER ORDERED that the answer of Platinum Elite, LLC and Donald Lainer may be amended to include Americana, LLC as an answering party.

IT IS FURTHER ORDERED that Scottsdale shall file its Amended Complaint within fifteen (15) days of entry of this Order.

DATED: March 8, 2018

ANDREW P. GORDON, JUDGE OF THE UNITED STATES DISTRICT COURT

Selman Breitman LLP
ATTORNEYS AT LAW