ALAN B. YUTER (Admitted Pro Hac Vice)
ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Email: ayuter@selmanlaw.com
epowers@selmanlaw.com

Attorneys for Plaintiff SCOTTSDALE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>8FORCE ASSETS, LLC; ARPAD BARON, individually; ALBA BARON, individually; LUCY BARON-DONNELLY, individually; BRENDA BARON-MOLLMANN, individually; LASANDRA WEATHERS, individually and as the Natural Mother of JADA RAY, a Minor; CHARLES SMITH and DORIS SMITH, individually and as Guardians Ad Litem for IYANA BANKSTON-WRIGHT, a Minor; CHARLES SMITH, individually and as Special Administrator of the Estate of DIANA ROSE BANKSTON; DEBORAH BARBEE-MARTIN, individually and as Special Administrator for the Estates of KAYSHA L. RAY and ANDREW RAY; DONALD R. LAINER, individually; PLATINUM ELITE, LLC; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-02036-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE AND PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

COMES NOW, Alan B. Yuter and Eric S. Powers of Selman Breitman LLP, attorneys for plaintiff Scottsdale Insurance Company ("Scottsdale"); Ian Corzine of West Corzine LLP and Anthony B. Golden of Garg Golden Law Firm, attorneys for defendants 8Force Assets, LLC,

1

Arpad Baron, Alba Baron, Lucy Baron-Donnelly and Brenda Baron-Mollmann; Christopher J. Richardson of Olson, Cannon, Gormley, Angulo & Stoberski, and Darren J. Welsh of Welsh Law attorneys for Donald R. Lainer and Platinum Elite, LLC (collectively, "Defendants"); and hereby stipulate and agree to extend the dispositive motion deadline to April 23, 2018 and pretrial order deadline to May 23, 2018.

## A. INTRODUCTION

Scottsdale alleges that during the insurance application process, the owner and members of Scottsdale's insured, Defendant 8Force Assets, LLC and 8Force Holdings LLC (collectively "8Force"), deliberately concealed from Scottsdale their knowledge about a fire that had occurred in order to obtain insurance coverage for all damages caused by that fire. Scottsdale seeks a declaration from the Court that the 8Force Defendants committed fraud, and Scottsdale owes no duty to defend or indemnify the 8Force Defendants, their owners, members, and property manager from any liability arising from the fire.

## B. STATEMENT SPECIFYING THE DISCOVERY COMPLETED

On October 17, 2017, this Court issued a Scheduling Order which set a dispositive motion deadline of April 2, 2018.

The following discovery has been completed:

1. Defendants 8Force served its Initial Disclosures of Witnesses and Documents on October 27, 2017.
2. Defendants Charles Smith and Doris Smith served their Initial Disclosures of Witnesses and Documents on November 3, 2017.
3. Plaintiff Scottsdale served its Initial Disclosures of Witnesses and Documents on November 6, 2017.
4. Defendants Donald Lainer and Platinum Elite, LLC served their Initial Disclosure of Witnesses and Documents on November 17, 2017.
5. Scottsdale served its First Set of Requests for Admission to 8Force on November 21, 2017.
6. Scottsdale served its First Set of Requests for Production of Documents to 8Force on

November 21, 2017.

7. Scottsdale served its First Set of Requests for Interrogatories to 8Force on November 21, 2017.

8. Scottsdale served its First Set of Requests for Admissions to Defendants Donald Lainer and Platinum Elite, LLC on December 14, 2017.

9. Scottsdale served its First Set of Requests for Production of Documents to Defendants Donald Lainer and Platinum Elite, LLC on December 14, 2017.

10. Scottsdale served its First Set of Requests for Interrogatories to Defendants Donald Lainer and Platinum Elite, LLC on December 14, 2017.

11. The Deposition of Larry Moraga was conducted on December 20, 2017.

12. 8Force served their First Set of Requests for Admissions to Scottsdale on January 16, 2018.

13. 8Force served their First Set of Requests for Production of Documents to Scottsdale on January 16, 2018.

14. Scottsdale served its First Set of Requests for Interrogatories to Arpad Baron on January 19, 2018.

15. Scottsdale served its First Set of Requests for Admissions to Arpad Baron on January 19, 2018.

16. Scottsdale served its First Set of Requests for Production of Documents to Arpad Baron on January 19, 2018.

17. Scottsdale served its First Set of Requests for Interrogatories to Alba Baron on January 19, 2018.

18. Scottsdale served its First Set of Requests for Admissions to Alba Baron on January 19, 2018.

19. Scottsdale served its First Set of Requests for Production of Documents to Alba Baron on January 19, 2018.

20. Scottsdale served its First Set of Requests for Interrogatories to Lucy Baron - Donnelly on January 19, 2018.

21. Scottsdale served its First Set of Requests for Production of Documents to Lucy Baron - Donnelly on January 19, 2018.

22. Scottsdale served its First Set of Requests for Admissions to Lucy Baron - Donnelly on January 19, 2018.

23. Scottsdale served Second Supplemental Disclosure of Witnesses and Documents on January 29, 2018.

24. Defendants Donald Lainer and Platinum Elite, LLC served their Second Supplemental Disclosure of Witnesses and Documents on February 8, 2018.

25. The deposition of Vicki Kilgore was conducted on February 9, 2018.

26. The deposition of Donald Lainer was conducted on February 9, 2018.

27. The deposition of the FRCP 30(b)(6) witness for Platinum Elite, LLC was conducted on February 9, 2018.

28. The deposition of the FRCP 30(b)(6) witness for 8Force was conducted on February 26, 2018.

29. The deposition of Defendant Arpad Baron was conducted on February 26, 2018.

30. The deposition of Defendant Lucy Baron - Donnelly was conducted on February 27, 2018.

31. The deposition of Defendant Brenda Baron - Mollmann was conducted on February 27, 2018.

32. The deposition of Elizabeth Mejia was conducted on February 28, 2018.

33. Scottsdale served its Third Supplemental Disclosure of Witnesses and Documents on March 1, 2018.

**C.  SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED.**

The parties seek to conduct the deposition of the FRCP 30(b)(6) witness for Scottsdale Insurance.

**D. REASONS WHY DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE TIME FRAMES SET BY THE DISCOVERY ORDER**

8Force timely noticed the deposition of Scottsdale's FRCP 30(b)(6) witness. Based upon the topics and areas of inquiry identified in 8Force's Deposition Notice, Scottsdale's witness will be required to review various information relevant to this case including, but not limited to, the deposition transcripts of the depositions conducted to date. The deposition transcripts of Arpad Baron, Lucy Baron – Donnelly, Brenda Baron – Mollmann, and Elizabeth Mejia were recently transcribed and have been disseminated to Scottsdale. Accordingly, additional time is required to allow Scottsdale's witness to read and assess the deposition transcripts and be prepared to testify as to their contents. Moreover, the parties have worked with each other to conduct depositions in both Las Vegas, NV and Los Angeles, CA. Due to scheduling conflicts and the need to make travel arrangements, the parties require additional time to conduct the deposition of Scottsdale's witness.

Excusable Neglect

Good cause and excusable neglect exist to allow the parties to extend the dispositive motion deadline because the parties could not have anticipated the scheduling conflicts involved with conducting the deposition. Moreover, the parties could not avoid the necessity of Scottsdale's witness reviewing and becoming competent to testify on the prior depositions that were timely noticed and have taken place within the discovery timeframes. Accordingly, the parties respectfully request extend the deadline to file dispositive motions and the pre-trial order pursuant to the same.

**E. PROPOSED SCHEDULE FOR DISPOSITVE MOTION DEADLINES**

    a. Dispositive Motions: Monday April 23, 2018

    b. Pretrial Order: Wednesday May 23, 2018

F. **CURRENT TRIAL DATE**

A trial date has not currently been scheduled in this case.

DATED: March 23, 2018        SELMAN BREITMAN LLP

By:    /s/ Eric S. Powers
       ALAN B. YUTER (Pro Hac Vice)
       ERIC S. POWERS
       NEVADA BAR NO. 12850
       3993 Howard Hughes Parkway, Suite 200
       Las Vegas, NV 89169-0961
       Phone: 702.430.5902
       Facsimile: 702.228.8824
       Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

DATED: March 23, 2018        WEST CORZINE LLP

By:    /s/ Ian Corzine
       IAN CORZINE (Pro Hac Vice)
       250 N. Westlake Blvd., Suite 100
       Westlake Village, CA 91362
       Telephone: 805.388.5887
       Facsimile: 805.370.1613
       Attorneys for Defendants 8FORCE ASSETS, LLC; ARPAD BARON; ALBA BARON; LUCY BARON-DONNELLY; and BRENDA BARON-MOLLMANN

DATED: March 23, 2018        GARG GOLDEN LAW FIRM

By:    /s/ Anthony B. Golden
       ANTHONY B. GOLDEN
       NEVADA BAR NO.
       3185 St. Rose Parkway, Suite 325
       Henderson, NV 89052
       Telephone: 702.850.0202
       Facsimile: 702.850.0204
       Attorneys for Defendants 8FORCE ASSETS, LLC; ARPAD BARON; ALBA BARON; LUCY BARON-DONNELLY; and BRENDA BARON-MOLLMANN

Selman Breitman LLP
ATTORNEYS AT LAW
101007.1 380.42028

| | |
|---|---|
| DATED: March 23, 2018 | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |

By: /s/ *Christopher J. Richardson*
CHRISTOPHER J. RICHARDSON
NEVADA BAR NO. 9166
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702. 384.4012
Facsimile: 702. 383.0701
Attorneys for defendants DONALD R. LAINER and PLATINUM ELITE, LLC

DATED: March 23, 2018         WELSH LAW

By: /s/ *Daren J. Welsh*
DARREN J. WELSH
NEVADA BAR NO. 4791
6765 S. Eastern Avenue, Suite 2
Las Vegas, NV 89119
Telephone: 702. 733.9310
Facsimile: 702. 862.4576
Attorneys for Defendants DONALD R. LAINER and PLATINUM ELITE, LLC

DATED: March 23, 2018         COTTLE LAW FIRM

By: /s/ *Matthew G. Holland*
MATTHEW G. HOLLAND
NEVADA BAR NO. 10370
8635 S. Eastern Avenue
Las Vegas, NV 89123
Telephone: 702. 722.6111
Facsimile: 702. 834.8555
Attorneys for Defendants CHARLES SMITH and DORIS SMITH

Selman Breitman LLP
ATTORNEYS AT LAW

101007.1 380.42028

## ORDER

IT IS HEREBY ORDERED that the parties' Stipulation and Order to Extend the Dispositive Motion Deadline and Pretrial Order Deadline is hereby GRANTED.

The Dispositive Motion Deadline is hereby extended to April 23, 2018. The Pretrial Order Deadline is hereby extended to May 23, 2018.

DATED: March 26, 2018

_____
UNITED STATES MAGISTRATE JUDGE