# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>8FORCE ASSETS LLC,<br><br>                Defendant. | Case No. 2:17-cv-02036-APG-GWF<br><br>**ORDER REJECTING THE PARTIES' JOINT PRETRIAL ORDER**<br><br>(ECF No. 66) |

The parties' proposed Joint Pretrial Order does not comply with Local Rules 16-3 and 16-4. For example, the parties do not list three proposed trial dates or the anticipated length of the trial, as required under Local Rule 16-4. Nor does the proposed order contain the proper section X at the end for "Action by the Court" as required under Local Rule 16-4.

IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 66) is REJECTED.** The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 within 14 days of entry of this Order.

DATED this 29th day of May, 2018.

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE