ALAN Y. YUTER
PRO HAC VICE
NATHANIEL S.G. BRAUN
PRO HAC VICE
ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        ayuter@selmanlaw.com
              nbraun@selmanlaw.com
              epowers@selmanlaw.com

Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>8FORCE ASSETS, LLC; ARPAD BARON, individually; ALBA BARON, individually; LUCY BARON-DONNELLY, individually; BRENDA BARON-MOLLMANN, individually; LASANDRA WEATHERS, individually and as the Natural Mother of JADA RAY, a Minor; CHARLES SMITH and DORIS SMITH, individually and as Guardians Ad Litem for IYANA BANKSTON-WRIGHT, a Minor; CHARLES SMITH, individually and as Special Administrator of the Estate of DIANA ROSE BANKSTON; DEBORAH BARBEE-MARTIN, individually and as Special Administrator for the Estates of KAYSHA L. RAY and ANDREW RAY; DONALD R. LAINER, individually; PLATINUM ELITE, LLC; 8FORCE HOLDINGS, LLC; AMERICANA, LLC dba BERKSHIRE HATHAWAY HOME SERVICE NEVADA PROPERTY; and DOES 1 through 10,<br><br>Defendants. | Case No.   2:17-cv-02036-APG-GWF<br><br>**<u>REQUEST TO EXCUSE ATTENDANCE OF ALAN B. YUTER AT JULY 25, 2018 MANDATORY SETTLEMENT CONFERENCE</u>** |

1

Pursuant to the Court's order scheduling a settlement conference (ECF 79), plaintiff Scottsdale Insurance Company hereby requests that one of its trial counsel, Alan B. Yuter, be excused from attendance at the July 25, 2018 settlement conference. Counsel Yuter will be in Kansas City, Missouri, at a pre-scheduled mediation in another, complex matter which cannot be rescheduled.

Scottsdale will be represented at the July 25, 2018 settlement conference by its other trial counsel of record Nathaniel Braun and Eric Powers, and by a fully-authorized representative of the company in accordance with the Order.

DATED: July 12, 2018　　　　　　　　SELMAN BREITMAN LLP

By: 　/s/ Eric S. Powers
ERIC S. POWERS
NEVADA BAR NO. 12850
3993 Howard Hughes Parkway, #200
Las Vegas, NV 89169-0961
Phone: 702.430.5902
Facsimile: 702.228.8824
Attorneys for Plaintiff SCOTTSDALE
INSURANCE COMPANY

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Scottsdale co-counsel Alan Yuter is excused from attendance at the July 25, 2018 settlement conference in this matter.

DATED: July __16__, 2018

　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge