1 FARHAN R. NAQVI
Nevada Bar No. 8589
2 ELIZABETH E. COLEMAN
Nevada Bar No. 12350
3 NAQVI INJURY LAW
9500 W. Flamingo Road, Suite 104
4 Las Vegas, Nevada 89147
5 Telephone: (702) 553-1000
Facsimile: (702) 553-1002
6 naqvi@naqvilaw.com
elizabeth@naqvilaw.com
7 *Attorneys for Defendants*
*Senior Solutions Group, Inc. as legal*
8 *guardian of Jada Ray, and*
9 *Deborah Barbee-Martin, individually as*
*Special Administrator for the Estates of*
10 *Kaysha L. Ray and Andrew Ray*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>8FORCE ASSETS, LLC; ARPAD BARON, individually; ALBA BARON, individually; LUCY BARON-DONNELLY, individually; BRENDA BARON-MOLLMANN, individually; LASANDRA WEATHERS, individually and as the Natural Mother of JADA RAY, a Minor; CHARLES SMITH and DORIS SMITH, individually and as Guardians Ad Litem for IYANA BANKSTON-WRIGHT, a Minor; CHARLES SMITH, individually and as Special Administrator of the Estate of DIANA ROSE BANKSTON; DEBORAH BARBEE-MARTIN, individually and as Special Administrator for the Estates of KAYSHA L. RAY and ANDREW RAY; DONALD R. LAINER, individually; PLATINUM ELITE, LLC; 8FORCE HOLDINGS, LLC; AMERICANA, LLC dba BERKSHIRE HATHAWAY HOME SERVICE NEVADA PROPERTY; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-02036-APG-GWF<br><br>**REQUEST TO EXCUSE ATTENDANCE OF SENIOR SOLUTIONS GROUP, INC. AS LEGAL GUARDIAN OF JADA RAY, JADA RAY, AND DEBORAH BARBEE-MARTIN, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATES OF ANDREW RAY AND KAYSHA L. RAY, FROM THE JULY 25, 2018 MANDATORY SETTLEMENT CONFERENCE** |

/ / /

Pursuant to the Court's order scheduling a settlement conference (ECF 79), Defendants SENIOR SOLUTIONS GROUP, INC. AS LEGAL GUARDIAN OF JADA RAY, JADA RAY, and DEBORAH BARBEE-MARTIN, INDIVIDUALLY AS SPECIAL ADMINISTRATOR FOR THE ESTATES OF KAYSHA L. RAY AND ANDREW RAY (hereinafter collectively referred to as "Defendants RAY") hereby request that they be excused from attending the July 25, 2018 settlement conference.  As this matter is a declaratory relief action involving legal issues/questions rather than the injured parties' damages, Defendants RAY's attendance will not contribute to nor further settlement of this action.  Counsel for Defendants RAY will be in attendance at the July 25, 2018 settlement conference on their behalf in accordance with the Order.

DATED this __17th__ day of July, 2018.

                          NAQVI INJURY LAW

By:    /s/ *Elizabeth Coleman*_____
FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Defendants Senior Solutions Group, Inc. as legal guardian of Jada Ray, a Minor (erroneously sued as Lasandra Weathers, individually and as Natural Mother of Jada Ray, a Minor); and Deborah Barbee-Martin, individually and as Special Administrator for the Estates of Kaysha L. Ray and Andrew Ray*

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that Defendants SENIOR SOLUTIONS GROUP, INC. AS LEGAL GUARDIAN OF JADA RAY, JADA RAY, and DEBORAH BARBEE-MARTIN, INDIVIDUALLY AS SPECIAL ADMINISTRATOR FOR THE ESTATES OF KAYSHA L. RAY AND ANDREW RAY, are excused from attending the July 25, 2018 settlement conference in this matter.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: 7/23/2018