# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>8FORCE ASSETS LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02036-APG-GWF<br><br>**ORDER VACATING TRIAL SETTING** |

The partial government shutdown is placing significant restrictions on the court's resources. Court staff are being partially furloughed, the court is not holding hearings on Wednesdays, and we are not allowed to pay jurors (which would impose additional hardships on persons selected to serve as jurors in this civil case). In addition, there is a pending motion for partial summary judgment that has yet to be decided. Thus, good cause exists to continue the trial of this matter. Although the trial is scheduled to begin two weeks from today and the shutdown may be resolved by then, I recognize that it takes time and planning to prepare for trial and to clear schedules to accommodate trial. With no sign of a resolution of the shutdown on the horizon, it serves judicial economy and justice to provide this advance notice of this continuance.

IT IS HEREBY ORDERED that the trial set for January 28, 2019 at 9:00 a.m. and the calendar call set for January 22, 2019 at 2:30 p.m. are vacated. The parties shall submit a new Joint Pretrial Order within 30 days after a ruling on the pending motion for partial summary judgment.

DATED this 16th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE