# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 2:17-cv-02036-APG-GWF |
| Plaintiff, | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| 8FORCE ASSETS LLC, et al., | |
| Defendants. | |

In light of the joint response to my order to show cause (ECF No. 99),

IT IS ORDERED that the order to show cause (ECF No. 97) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction.

DATED this 17th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE