UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>8FORCE ASSETS LLC, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02036-APG-EJY<br><br>**ORDER (1) REGARDING SETTLEMENT AND (2) DEEMING ORDER TO SHOW CAUSE SATISFIED** |

  Based on the response to my Order to Show Cause, I will deem the OSC satisfied and I will not impose sanctions. However, the stipulation and proposed order (ECF No. 119) for dismissal of 8Force and the Smith Defendants does not address the remaining claims against defendants Donald Lanier, Platinum Elite, LLC, and Americana, LLC. If, as the stipulation states, "Scottsdale does not intend to proceed on the remaining claims for relief," it must file either a stipulation to dismiss those parties or a report explaining how it wishes to proceed on those remaining claims. The filing is due by October 31, 2019.

  DATED this 18th day of October, 2019.

                             _____
                             ANDREW P. GORDON
                             UNITED STATES DISTRICT JUDGE